1  Daniel P. Stevens (SBN 164277)
   Janeen Carlberg (SBN 189197)
2  Heather K. McMillan (SBN 188939)
   Ryan H. Fox (SBN 242941)
3  STEVENS & CARLBERG
   1855 West Katella Avenue, Suite 330
4  Orange, California 92867
   Telephone:    (714) 288-7300
5  Facsimile:    (714) 288-0660
   email: stevensandcarlberg@yahoo.com

6
   Attorneys for Plaintiff
7  ILONA MARKETELLO

8  Timothy B. Strong (*Admitted Pro Hac Vice*)
   Heather M. Gwinn (*Admitted Pro Hac Vice*)
9  FOWLER WHITE BOGGS, P.A.
   50 North Laura Street, Suite 2800
10 Jacksonville, FL 32202
   Telephone:    (904)446-2644
11 Facsimile:    (904)598-1758
   email: tim.strong@fowlerwhite.com
12 email: heather.gwinn@fowlerwhite.com                    JS-6

13 William D. Naeve (SBN 92270)
   Gregory A. Sargenti (SBN 156196)
14 MURCHISON & CUMMING LLP
   200 West Santa Ana Blvd., Suite 801
15 Santa Ana, CA 92701
   Telephone:    (714) 972-9977
16 Facsimile:    (714) 972-1404
   email: wnaeve@murchisonlaw.com
17 email: gsargenti@murchisonlaw.com

18 ATTORNEYS FOR DEFENDANTS

19              UNITED STATES DISTRICT COURT

20             CENTRAL DISTRICT OF CALIFORNIA

21

22 ILONA MARKETELLO,              ) Case No.: SACV09-433JVS (MLGx)
                                  )
23          Plaintiff,            ) (OCSC Case No. 30-2009-00119645)
                                  )
24      vs.                       ) **ORDER DISMISSING ENTIRE ACTION**
                                  ) **WITH PREJUDICE**
25                                )
   PSS WORLD MEDICAL, INC.        ) Judge:              James V. Selna
26 PHYSICIAN SALES &              ) Courtroom:          10C
                                  ) Magistrate Judge:   Marc L. Goldman
27 SERVICE, INC.,                 ) Courtroom:          6A
                                  ) Complaint Filed:    3/6/09
28          Defendants.           ) Final Pretrial Conf: 6/7/10
                                  ) Trial Date:         6/22/10
   _____ )

                                1

Pursuant to the Stipulation entered into by and between Plaintiff ILONA MARKETELLO and Defendants PSS WORLD MEDICAL, INC. and PHYSICIAN SALES & SERVICE, INC., by and through their respective counsel of record, and good cause appearing therefor,

IT IS HEREBY ORDERED that the matter of *Ilona Marketello v. PSS WORLD MEDICAL, INC. and Physician Sales & Service, Inc.* filed in the United States District Court for the Central District of California, bearing Case Number SACV 09-433JVS (MLGx), is hereby dismissed with prejudice in its entirety.

DATED: January 20, 2010    _____
                            HONORABLE JAMES V. SELNA
                            United States District Court Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28